# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Colonna's Shipyard, Inc. ) | ASBCA Nos. 59987, 60104, 60105 |
| ) | |
| Under Contract No. N50054-13-C-1304 ) | |

APPEARANCE FOR THE APPELLANT:    Donald C. Holmes, Esq.
  Holmes, Pittman & Haraguchi, LLP
  Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Robyn L. Hamady, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated:  2 June 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59987, 60104, 60105, Appeals of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals